FILED

2012 AUG 28  PM 4: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
CHARLES J. HARDER (State Bar No. 198593)
2     charder@wrslawyers.com
JEFFREY I. ABRAMS (State Bar No. 162735)
3     jabrams@wrslawyers.com
MICHELLE E. GOODMAN (State Bar No. 238439)
4     mgoodman@wrslawyers.com
11400 West Olympic Boulevard, 9th Floor
5  Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
6  Facsimile:  (310) 479-1422

7  Attorneys for Plaintiff
THE JULIA CHILD FOUNDATION FOR
8  GASTRONOMY AND THE CULINARY ARTS

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13  THE JULIA CHILD FOUNDATION        Case No. 8:12CV 1403 DDP (SH+)
FOR GASTRONOMY AND THE
CULINARY ARTS, a Massachusetts     **COMPLAINT FOR DAMAGES AND
14  charitable trust,                  INJUNCTIVE RELIEF FOR:**

15              Plaintiff,            **1.  INFRINGEMENT OF
TRADEMARK, TRADE NAME,
16        v.                                TRADE DRESS, AND SLOGAN
(15 U.S.C. §1125(a))**
17  BSH HOME APPLIANCES
CORPORATION, doing business as     **3.  COPYRIGHT INFRINGEMENT
18  "Thermador," a California corporation,      (17 U.S.C. § 501, *et seq.*)**
and DOES 1-10, inclusive,
19                                   ***DEMAND FOR JURY TRIAL***
Defendants.
20

21

22        Plaintiff The Julia Child Foundation for Gastronomy and The Culinary Arts

23  (herein, "The Julia Child Foundation" or "Plaintiff") hereby alleges as follows:

24                   **SUMMARY OF THE ACTION**

25        1.    The Julia Child Foundation owns certain of the intellectual property

26  rights, including copyrights and trademarks, of and associated with legendary

27  American cooking teacher, author and television personality, Julia Child.

28

-1-
COMPLAINT

2.      Julia Child's name and associated trademarks, trade name, trade dress, slogans, and copyrighted photographs have tremendous commercial value, particularly in the industry associated with food, cooking and the culinary arts.

3.      Defendant BSH Home Appliances Corporation, doing business as "Thermador" ("Thermador" or "Defendant") used, and is continuing to use, the trademarks, trade name, trade dress and slogans associated with Julia Child; and certain copyrighted photographs of Julia Child, all of which are owned by The Julia Child Foundation, within magazine print advertisements, website advertisements and marketing, newsletters, and other commercial marketing materials, for the purpose of advertising, marketing, promoting and selling Thermador-brand ranges, ovens and related products.

4.      Thermador did not obtain the permission of The Julia Child Foundation (nor did it obtain the permission of Ms. Child, prior to her death in 2004) to use the trademarks, copyrights, and other intellectual property rights of Julia Child.  Nor did Thermador ask The Julia Child Foundation, or any of its representatives, for such permission prior to using such rights.  Nor has Thermador paid The Julia Child Foundation, or Ms. Child, for the commercial use of such rights, let alone compensation commensurate with the substantial commercial value of such rights.

5.      Based on the foregoing, The Julia Child Foundation seeks monetary damages, statutory damages, punitive damages, treble damages, attorneys' fees, and a preliminary and permanent injunction to stop all further and future uses of the Julia Child trademark rights, copyrights, and other intellectual property rights.

## THE PARTIES

6.      Plaintiff The Julia Child Foundation is a private charitable foundation organized and existing under the laws of the State of Massachusetts, with its principal place of business located in the State of California.

7.      Plaintiff is informed and believes and based thereon alleges that defendant BSH Home Appliances Corporation, doing business as "Thermador," is,

1  and at all times relevant hereto was, a corporation organized and existing under the

2  laws of the State of Delaware, with its principle place of business located at 1901

3  Main Street, Suite 600, Irvine, California 92614.

4         8.     Plaintiff is informed and believes and based thereon alleges that the

5  fictitiously-named defendants sued herein as Does 1 through 10, and each of them,

6  are in some manner responsible or legally liable for the actions, events, transactions

7  and circumstances alleged herein.  The true names and capacities of such

8  fictitiously-named defendants, whether individual, corporate, or otherwise, are

9  presently unknown to Plaintiff, and Plaintiff will seek leave of Court to amend this

10  Complaint to assert the true names and capacities of such fictitiously-named

11  defendants when the same have been ascertained.  For convenience, each reference

12  to a named defendant herein shall also refer to Does 1 through 10.  All defendants,

13  including both the named defendants and those referred to herein as Does 1 through

14  10, are sometimes collectively referred to herein as "Defendants."

15         9.     Plaintiff is informed and believes and based thereon alleges that

16  Defendants, and each of them, were and are the agents, licensees, employees,

17  partners, joint-venturers, co-conspirators, owners, principals, and employers of the

18  remaining Defendants, and each of them are, and at all times herein mentioned were,

19  acting within the course and scope of that agency, license, partnership, employment,

20  conspiracy, ownership, or joint venture.  Plaintiff further is informed and believes

21  and based thereon alleges that the acts and conduct herein alleged of each of the

22  Defendants were known to, authorized by, and/or ratified by the other Defendants,

23  and each of them.

24  **JURISDICTION AND VENUE**

25        10.    This Court has subject matter jurisdiction over this case pursuant to 28

26  U.S.C §§ 1331 and 1338(a), 17 U.S.C. §§ 101, *et seq.*, and 15 U.S.C. §1125(a),

27  because it arises as a result of allegations of violations of the U.S. Copyright Act

28  and the U.S. Lanham Act.  Moreover, the U.S. District Court has exclusive

1 | jurisdiction over claims of copyright infringement pursuant to 28 U.S.C § 1338(a).

2 |      11.    This Court has personal jurisdiction over Thermador because its
3 | principal place of business is located in the State of California.  Moreover,
4 | Thermador solicits, transacts, and is doing business within the State of California,
5 | and committed the unlawful and tortuous acts alleged herein within the State of
6 | California, as well as outside of the State of California, and have caused injury to
7 | Plaintiff in California.  Plaintiff's claims arise out of the conduct that gives rise to
8 | personal jurisdiction over Thermador.

9 |      12.    Venue is proper in the Central District of California under 28 U.S.C.
10 | §1391(b) because the events giving rise to the claims set forth in this Complaint
11 | occurred in this judicial district, and both Plaintiff and Thermador actually reside in
12 | this District.  Venue also is proper pursuant to 28 U.S.C. § 1391(b)-(d) because
13 | Thermador is subject to the Court's personal jurisdiction with respect to this civil
14 | action and thus is deemed to reside in this District.  Venue also is proper pursuant to
15 | 28 U.S.C. § 1400 because Thermador actually resides in this District.

16 | **JULIA CHILD**

17 |      13.    Julia Child was born on August 15, 1912.  Her 100th birthday was
18 | celebrated this past August 15, 2012.

19 |      14.    Beginning in the early 1960s, and until her death in 2004, Julia Child
20 | was a famous American cooking teacher, author and television personality.  Her
21 | career began in earnest in 1961 when her first book, *Mastering the Art of French*
22 | *Cooking*, 734 pages long and published by Alfred A. Knopf, became a best-seller
23 | and received critical acclaim.  In 2009, nearly 50 years after publication, the book
24 | topped the *New York Times* best-seller list in the advice and how-to category.   In
25 | 1963, her celebrated television program, *The French Chef*, debuted in Boston on
26 | public television and was an immediate hit.  It was quickly syndicated to local PBS
27 | (Public Broadcasting Service) stations throughout the United States and ran
28 | nationally for ten years, and spanned approximately 200 episodes, many of which

1   remain widely available including through channels such as www.PBS.com and
2   iTunes. *The French Chef* won numerous awards including an Emmy Award and
3   Peabody Award.  The success of this show led to seven other successful series and
4   several PBS specials.  Ms. Child won two additional Emmy Awards for this work,
5   and the programs also spawned several companion books.  Ms. Child wrote or co-
6   wrote a total of eighteen (18) books, nearly all of them educational books about
7   food, cooking and the culinary arts.  Her final book, the autobiographical *My Life in*
8   *France*, published posthumously in 2006, was a critically acclaimed bestseller and
9   recounted Ms. Child's life with her husband, Paul Child, in post-World War II
10  France.

11        15.    Throughout her life and career, Julia Child had many opportunities for
12  commercial advancement, including entering into commercial endorsement
13  opportunities with companies in the food and culinary industry.  She could have
14  created a lifestyle brand like Martha Stewart or Oprah Winfrey, and endorsed major
15  corporations and product manufacturers, like Thermador and others, for large sums
16  of money.  She chose to forego all such commercial opportunities.  Instead, she
17  focused her career on public education, and allowed her show to be broadcast on
18  PBS, a non-profit television network, for its entire ten-year run.

19        16.    From the early 1960s, through to the present, the name, identity, and
20  persona of Julia Child have been and are instantly recognized by the public and have
21  substantial commercial value.

22        17.    Julia Child died in Santa Barbara County, California on August 13,
23  2004.  She was a permanent resident of the State of California at the time.

24        18.    Following her death, her intellectual property rights, including her
25  copyrights and trademark rights, including rights to trade name, trade dress and
26  slogan, among other rights (collectively, the "Julia Child IP Rights") were
27  transferred to The Julia Child Foundation.

28

19.     The Julia Child Foundation is a grant-giving private foundation dedicated to advancing the matters that Julia Child valued:  educating and encouraging others to live well through the joys of cooking and eating well.

20.     The Julia Child Foundation exercises careful consideration before permitting the use of any of the Julia Child IP Rights.  The Julia Child Foundation generally does not grant permission for the Julia Child IP Rights to be used for commercial purposes, namely, the marketing and sale of commercial products and services, because Julia Child herself, during her lifetime and long career as a world-famous cooking teacher, author and television personality, generally did not grant permission for the Julia Child IP Rights to be used for commercial purposes.

21.     Neither Julia Child, nor The Julia Child Foundation, ever granted Defendants, or any of them, any right, license or permission to use any of the Julia Child IP Rights for any purpose whatsoever.

### DEFENDANTS' WRONGFUL CONDUCT

22.     Plaintiff is informed and believes and based thereon alleges that Thermador is a company that manufactures, advertises and sells commercial products including cooking ranges, stoves, and related products.  Thermador advertises and markets its company and products in numerous different media including, among others, magazine print advertisements, brochures, newsletters, blogs, social media sites including Facebook, Twitter, Tumblr and Pinterest, and at its commercial website located at URL www.Thermador.com, among other websites and media.

23.     Defendants intentionally and prominently used trademarks, trade name, trade dress and slogan associated with Julia Child and owned by The Julia Child Foundation in advertisements, marketing, and promotion (collectively, "Advertisements") for Thermador and its commercial products and services.  In particular, and among other Advertisements, Defendants used the Julia Child IP Rights as follows:

1        a.      A very large and prominent photograph of Julia Child is used at

2 the *homepage* of the Thermador website, at www.Thermador.com, followed by the

3 prominent caption:

4                    A HERITAGE OF INNOVATION

5           FROM JULIA CHILD TO THE STAR BURNER

6 The use of the Julia Child IP Rights in this manner creates the appearance to any

7 reasonable consumer that Julia Child either had been a company spokesperson for

8 Thermador during her career and/or that The Julia Child Foundation agreed to

9 license the Julia Child IP Rights to advertise and promote Thermador and its

10 products and services.

11         b.      Other webpages within the Thermador site, including without

12 limitation the "Heritage" page, which uses Julia Child's name and a prominent

13 photograph of her to advertise and promote Thermador and its products and

14 services.

15         c.      Multiple print advertisements, published in various magazines in

16 2012 and possibly earlier, using the name and a prominent photograph of Julia

17 Child, to advertise and promote Thermador and its products and services, and

18 making it appear as though Julia Child had been a company spokesperson for

19 Thermador during her career and/or that The Julia Child Foundation agreed to

20 license the Julia Child IP Rights to Thermador for commercial purposes.

21         d.      Brochures using Ms. Child's name and photograph created and

22 distributed by Defendants to consumers to advertise and promote Thermador and its

23 products.

24         e.      Newsletters using Ms. Child's name and photograph created and

25 distributed by Defendants to consumers to advertise and promote Thermador and its

26 products.

27         f.      Multiple postings at Thermador's online blog, using Ms. Child's

28 name and photograph, to advertise and promote Thermador and its products.

g.     Thermador's accounts at popular social media websites, including Facebook, Twitter, Tumblr and Pinterest, using Ms. Child's name and photograph, to advertise and promote Thermador and its products.

24.     Attached hereto as **Exhibit A** are true copies of certain of the aforementioned Advertisements which used the Julia Child IP Rights without permission.  Exhibit A is not intended to include *all* of the Advertisements at issue, but rather representative examples of them.

25.     Defendants used the Julia Child IP Rights for the purpose of attracting attention to Thermador and its commercial products and services, and enhancing the advertising and marketing thereof.

26.     At no time did Julia Child, or The Julia Child Foundation, ever give permission to Defendants, or any of them, to use the Julia Child IP Rights for any purpose, including to advertise, market and promote Thermador and/or its products and services.  Defendants, and each of them, without permission, have reproduced, copied and/or colorably imitated Plaintiff's trademarks, trade name, trade dress, and/or slogan, and applied such reproduction, copy, or colorable imitations to the Advertisements, which were intended to be used in commerce in connection with the advertising, marketing, promotion, offering for sale, distribution and sale of Defendants' commercial products and services, and such use is likely to cause confusion, or to cause mistake, or to deceive.

27.     Plaintiff is informed and believes and based thereon alleges that Defendants intentionally, negligently and/or knowingly used the Julia Child IP Rights in the Advertisements for the purpose of advertising and promoting Thermador and its commercial products and services.  Defendants have, without any right, title or authorization, misappropriated Plaintiff's valuable rights and the resulting success and popularity of Julia Child by unlawfully using the Julia Child IP Rights for the aforesaid commercial purposes.

## FIRST CAUSE OF ACTION

### (Infringement of Trademark, Trade Name, Trade Dress and Slogan
### 15 U.S.C. §1125(a) – Against All Defendants)

28.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1-27, inclusive, as though fully set forth herein.

29.    The Julia Child name and associated trademarks, trade name, trade dress, and slogans, have been extensively advertised and promoted throughout the world since at least 1961 in connection with Ms. Child's television programs, eighteen published books, and other related services and products.  As a result of this advertising and promotion, the Julia Child name and associated trademarks, trade name, trade dress, and slogans are recognized throughout worldwide trading areas and channels of trade as famous and distinctive, and are identified by the purchasing public with Plaintiff.  Plaintiff's trademark to "Julia Child" and associated trademarks, trade name, trade dress, and slogans are famous and distinctive within the meaning of U.S. trademark law, including 15 U.S.C. §§1125.

30.    Defendants' use in interstate commerce of the name and mark "Julia Child" and associated trademarks, trade name, trade dress, and slogans in connection with the advertising, marketing, and promotion of Thermador and its commercial products and services constitutes a violation of 15 U.S.C. §1125(a), in that it creates a false designation of origin as to the goods and services advertised, distributed, offered for sale, and sold by Defendants, which is likely to confuse, mislead, or deceive the consuming public and trade by creating the false impression that Thermador and its commercial products and services were approved, sponsored, endorsed, guaranteed by, and/or are in some way affiliated with Julia Child and/or The Julia Child Foundation.

31.    Defendants' use in interstate commerce of the name and mark "Julia Child" and associated trademarks, trade name, trade dress, and slogans in connection with the advertising, marketing and promotion of Thermador and its

1 | commercial products and services also constitutes a false or misleading description
2 | or representation in interstate commerce, in violation of 15 U.S.C. §1125(a).

3 |     32.   As a direct and proximate result of the conduct of Defendants, Plaintiff
4 | is entitled, pursuant to 15 U.S.C. §1117(a), to the recovery of: (1) Defendants'
5 | profits; (2) any damages sustained by Plaintiff as a result of Defendants' conduct,
6 | the precise amount of which shall be established by Plaintiff at trial; and (3)
7 | Plaintiff's costs of suit.

8 |     33.   As a direct and proximate result of the conduct of Defendants, Plaintiff
9 | is entitled, pursuant to 15 U.S.C. §1117(c), to the recovery of statutory damages of
10 | One Hundred Thousand Dollars ($100,000) for *each non-willful* use, per mark, per
11 | type of goods sold, offered for sale, or distributed.

12 |     34.   Plaintiff is informed and believes, and based thereon alleges, that
13 | Defendants committed the acts alleged above with knowledge of Plaintiff's prior
14 | right to and use of Plaintiff's trademarks, and with the willful intent to trade on Julia
15 | Child's goodwill and reputation. As such, this case is exceptional under 15 U.S.C.
16 | §1117(a)(3), thereby entitling Plaintiff to the recovery of its attorneys' fees and the
17 | recovery of treble damages pursuant to 15 U.S.C. §1117(b); and also statutory
18 | damages of One Million Dollars ($1,000,000) for *each willful* use, per mark, per
19 | type of goods sold, offered for sale, or distributed.

20 |     35.   Plaintiff is informed and believes, and based thereon alleges, that
21 | Defendants committed the acts alleged above with knowledge of Plaintiff's prior
22 | right to and use of Plaintiff's trademarks, and with the willful intent to trade on Julia
23 | Child's goodwill and reputation, this case is exceptional under 15 U.S.C.
24 | §1117(a)(3), entitling Plaintiff to the recovery of its attorneys' fees, as well as the
25 | recovery of treble damages pursuant to 15 U.S.C. §1117(b).

26 |     36.   Defendants' wrongful acts will continue unless enjoined by this Court.
27 | Plaintiff has no adequate remedy at law and is suffering irreparable harm and
28 | damage as a result of the aforesaid acts of Defendants. Accordingly, Plaintiff is

1 entitled to preliminary and permanent injunctive relief.

2 **SECOND CAUSE OF ACTION**

3 **(Copyright Infringement – Against All Defendants)**

4 37.    Plaintiff repeats, re-alleges, adopts and incorporates each and every

5 allegation contained in Paragraphs 1-36, inclusive, as though fully set forth herein.

6 38.    At all times relevant hereto, Plaintiff has been the owner of the

7 copyrights for certain photographs of Julia Child identified herein and shown within

8 **Exhibit A** hereto (collectively, the "Copyrighted Photographs"), namely, the

9 photograph depicting Julia Child holding a mallet over her head which was

10 prominently used at the *homepage* of Thermador's website and through

11 Thermador's other Advertisements.

12 39.    Without Plaintiff's permission, authorization or consent, Defendants

13 have used the Copyrighted Photographs within Defendants' Advertisements for the

14 purpose of advertising, marketing, promoting Thermador and its commercial

15 products and services.

16 40.    Plaintiff is informed and believes and based thereon alleges that

17 Defendants knew that the rights to the Copyrighted Photographs belonged to

18 Plaintiff, and that Defendants did not have permission to use the Copyrighted

19 Photographs for any purpose, including Defendants' commercial use thereof.

20 41.    Plaintiff is informed and believes and based thereon alleges that

21 Defendants knew that their actions constituted copyright infringement, and that

22 Defendants' conduct was willful within the meaning of the Copyright Act.

23 42.    As a result of their wrongful conduct, Defendants are liable to Plaintiff

24 for copyright infringement pursuant to 17 U.S.C. § 501.  Plaintiff has suffered, and

25 will continue to suffer, substantial losses, including but not limited to damage to its

26 business reputation and goodwill.

27 43.    Plaintiff is entitled to recover damages, which include its losses and

28 any and all profits Defendants have made as a result of its wrongful conduct,

1093318.1

-11-

COMPLAINT

1    pursuant to 17 U.S.C. § 504.

2        44.   Alternatively, Plaintiff is entitled to statutory damages under 17 U.S.C.

3    § 504(c).

4        45.   In addition, because Defendants' infringement was willful, the award of

5    statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

6        46.   Plaintiff is entitled to recover its attorneys' fees and costs of suit

7    pursuant to 17 U.S.C. § 505.

8        47.   Defendants' wrongful acts will continue unless enjoined by this Court.

9    Plaintiff has no adequate remedy at law and is suffering irreparable harm and

10   damage as a result of the aforesaid acts of Defendants.  Accordingly, Plaintiff is

11   entitled to preliminary and permanent injunctive relief.

12       WHEREFORE, Plaintiff prays for judgment against Defendants, and each of

13   them, jointly and severally, as follows:

14   **AS TO THE FIRST CAUSE OF ACTION:**

15       1.   General and special damages in accordance with proof at trial;

16       2.   An award of the revenues and profits received by Defendants as a result

17   of the unauthorized use of the "Julia Child" name and associated trademarks;

18       3.   Treble damages;

19       4.   Statutory damages in the maximum amount available by law;

20       5.   An award of Plaintiff's attorneys' fees;

21       6.   Preliminary and permanent injunction prohibiting Defendants and their

22   affiliated companies from any further use of the "Julia Child" name and associated

23   trademarks.

24   **AS TO THE SECOND CAUSE OF ACTION:**

25       1.   General and special damages in accordance with proof at trial;

26       2.   An award of the revenues and profits received by Defendants as a result

27   of the unauthorized use of the photographs of Julia Child in which Plaintiff owns the

28   registered copyright;

1       3.     Statutory damages in the maximum amount available by law;

2       4.     Imposition of a constructive trust on all monies and sums received by

3 Defendants as a result of their infringement of Plaintiff's registered copyrights;

4       5.     An award of Plaintiff's attorneys' fees;

5       6.     Preliminary and permanent injunction prohibiting Defendants and their

6 affiliated companies from any further use of Plaintiff's copyrighted photographs.

7 **AS TO ALL CAUSES OF ACTION:**

8       1.     For all costs of suit incurred herein;

9       2.     Interest at the maximum legal rate; and

10      3.     For such other and further relief as the Court may deem to be just and

11 proper.

12

13 Dated:  August 28, 2012       WOLF, RIFKIN, SHAPIRO,

14                      SCHULMAN & RABKIN, LLP

15                      By:

16                      CHARLES J. HARDER

17                      Attorneys for Plaintiff THE JULIA CHILD
                        FOUNDATION FOR GASTRONOMY

18                      AND THE CULINARY ARTS

19             **DEMAND FOR JURY TRIAL**

20     Plaintiff hereby demands a trial by jury.

21

22 Dated:  August 28, 2012       WOLF, RIFKIN, SHAPIRO,
                      SCHULMAN & RABKIN, LLP

23

24                      By:

25                      CHARLES J. HARDER
                      Attorneys for Plaintiff THE JULIA CHILD

26                      FOUNDATION FOR GASTRONOMY
                      AND THE CULINARY ARTS

27

28

Exhibit A

Gas Ranges | Gas Stoves & Professional Ranges by Thermador



A HERITAGE
OF INNOVATION

FROM JULIA CHILD TO THE STAR BURNER

SITEMAP    PRESS ROOM    LEGAL/PRIVACY    AUTHORIZED SERVICERS    SAFETY NOTICES    CAREERS

Copyright 2012 Thermador



# A HERITAGE OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS
FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.



FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG f t p ▶ 🅟    Enter Keyword

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ★ MY THERMADOR

# ABOUT THERMADOR



## A HERITAGE OF INNOVATION
THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.



**Company Information**
Thermador has been providing real innovations for real cooks for more than 75 years.
**LEARN MORE**



**Thermador Heritage**
Thermador was founded in 1916 by William E. Cranston as a manufacturer of electric items, particularly portable and built-in electric room heaters.
**LEARN MORE**



**Press Room**
Thermador has been providing real innovations for real cooks for more than 75 years.
**LEARN MORE**



**Promotions**
Get an unbelievable deal on #1-rated Thermador luxury appliances and turn your kitchen into a complete culinary studio.
**LEARN MORE**



**Events**
**LEARN MORE**



**Blog**
**GO TO OUR BLOG**

### SHOWROOMS
Choose a location below to make an appointment for a consultation. Can't find a showroom near you? Please go to the dealer locator to find an authorized dealer in your area.

**BRISBANE - PURCELL MURRAY**

**HUNTINGTON BEACH - PURCELL MURRAY**

**TUKWILA - ECHELON HOME PRODUCTS**

SITEMAP  |  PRESS ROOM  |  LEGAL/PRIVACY  |  AUTHORIZED SERVICERS  |  SAFETY NOTICES  |  CAREERS  |
Copyright 2012 Thermador

INTERNATIONAL

Page 1 of 1

Smithsonian Magazine | Jun-12 | Inside | Zinio Digital Magazines



*Thermador* ★

# FIVE INNOVATIONS
# THAT WILL
# CHANGE
# THE WAY YOU
# COOK



### AN AMERICAN ICON AND HER AMERICAN ICONS



# THE WALL OVEN REIMAGINED BY ITS MAKERS



**THERMADOR BUILT-IN WALL OVENS\***

Flexibility is a beautiful thing. Whether your culinary muse demands a convection microwave with your oven, or both an oven and warming drawer, Thermador Professional\* and Masterpiece\* Series built-in wall ovens offer real cooks an array of combinations and variety of models to ignite their passion. In 2012 innovative SoftClose\* door hinges prevent slamming and join a long list of exclusive features, including the fastest pre-heat on the market, Speed Convection, Maxbroil™, a heavy-duty rotisserie, and a massive 4.7 cubic foot capacity.



## AN AMERICAN ICON AND HER AMERICAN ICONS

Julia Child's iconic kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center. Featuring classic Thermador innovations of the time, Child's kitchen debuted on nationwide television in 1970.

\*Available Summer 2012. Visit thermador.com.

Fast Company - March 2012 - Page 38-39



Smithsonian Magazine | See Inside Page 39 | Jun-12 | Zinio Digital Magazines & Books



log in    register    safe view: on / off    help    cart (0)

my library    view all

art    automotive    entertainment    home    lifestyle    men    news    science & tech    sports    travel    women

home    shop    featured

All Digital Magazines and Books › Travel - magazines › Smithsonian Magazine › Jun-12 › Pages 38 / 39

ABOUT THIS DIGITAL ISSUE

Smithsonian Magazine
Jun-12

Buy this issue »
Buy a subscription »

SHARE THIS ARTICLE

Thermador★

FIVE INNOVATIONS
THAT WILL
CHANGE
THE WAY YOU
COOK

AN AMERICAN ICON AND HER AMERICAN ICONS

keep looking

HOME   ABOUT   THERMADOR WEBSITE



**Thermador**®

CATEGORIES ▶   ARCHIVES ▶

What a lot of our guests came to see.
Freedom Induction #UltimateKitchen
http://t.co/yXSNTxßD # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen
http://t.co/aIf187Ky # 5 hours ago

#UltimateKitchen cookies :)
http://t.co/Ye6amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! # 19 hours ago

# Thermador on Pinterest: A Heritage Worth Pinning

🖋 POSTED BY THE THERMADOR TEAM 🕒 ON JUNE · 7 · 2012   💬 ADD COMMENTS





Are you pinning?

We're big on Pinterest, and a quick visit to the Thermador Pinterest page will prove that point. The Thermador luxury style enjoyed by so many culinary enthusiasts manifests itself on a social media outlet like Pinterest, which lets users express themselves like never before.

With 2012 being a gigantic year for Thermador on the product launch side, we're having a blast going back and looking at the roots that helped create the American luxury kitchen of today.

Thermador on Pinterest: A Heritage Worth Pinning : Thermador Home Appliance Blog

Julia Child, who will be remembered this year on the 100th anniversary of her birth, was one of Thermador's original brand champions. And while the wall oven advertisements of yesteryear are a far cry from, say, a sparkling 16-page ad in *Fast Company* magazine, they're still fun to look at today—especially as we get closer to next month's launching of our new wall oven line.

Our Pinterest page also provides a great chance to see the best in today's kitchen design and product innovation, but when you finish daydreaming we've got plenty more for you at the official Thermador web site.

FEATURED    MISCELLANEOUS



Name (required)

Mail (will not be published) (required)

Website

Submit Comment

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM: READY TO GO!

THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

Copyright © 2010 Thermador Blog

 **Thermador Home Appliances**
Pinned 14 weeks ago from **thermador.com**



f Like   0

Tweet

<> Embed

¢ Report Pin

==Julia Child had Thermador appliances in her beloved kitchen==

Pinned onto the board
## Our Heritage



Originally pinned by                          Pinned via **pinmarklet** from
**Thermador Home A|**                          **thermador.com**

      

## 2 Repins

 **Cynthia Neal** onto           **Cynthia Neal** onto
**For the Home**                          **For the Home**

## 1 Like



Search

*Pinterest*

**Pinterest is an online pinboard.**
Organize and share things you love.

English ▾    About ▾    Login

Request an Invite »

Login



# Thermador Home Appliances

Thermador has been providing real innovations for real cooks for eleven decades. The iconic line of cooking, cleaning, refrigeration and ventilation products remains committed to empowering culinary ...

♥ ♀ Irvine, CA

15 Boards    165 Pins    1 Like    Activity

**Repins from**

Aaron De Simone

Sur La Table

clemmy closson

90 Followers    17 Following

**Mother's Day Brunch**
4 pins

**La Dolce Vita**
7 pins

**Chocolate Galore**
11 pins

**Amuse-Bouche**
5 pins



**Cocktail Party**
14 pins

Photo of a
pin

**Beautiful Homes**
10 pins

**Culinary Tools**
11 pins

**The Raw Movement**
7 pins

        

**Entertaining with Style**
20 pins

   

**Our Heritage**
4 pins

           

Search

*Pinterest*

Login

English ▾        About ▾        Login

**Pinterest is an online pinboard.**
Organize and share things you love.

Request an Invite »

# Our Heritage

Thermador Home Appliances

76 followers, 4 pins



The First Wall Oven by Thermador

2 repins

stahl-clan.com

Thermador invests the First Built-In Wall Oven

1 like   2 repins

thermador.com

Julia Child had Thermador appliances in her beloved kitchen

1 like   2 repins

thermador.com

Thermador

2 repins

flickr.com

# Purcell Murray Blog

Connect    Search    **GO**

FEATURED PRODUCT



Thermador
36" Gas Cooktop
5-Burner
MORE

Twitter Feed:  Living The Gaggenau Difference - http://t.co/PDrITdnA May 14, 2012

Products    Tips, Techniques, & Guides    Recipes    My Favorites

**PRODUCTS**



## Thermador: A History in the Making

By Kevin Murray on July 7th, 2010

2010 is a special year for Thermador, marking 55 years since the company revolutionized home cooking by introducing the world's first built-in wall oven. Since then, the name Thermador has become synonymous with the modern American kitchen, thanks to forward-thinking products and the endorsement of television's domestic heroines. Only the best was suitable for Mike and Carol's kids on The Brady Bunch, and housekeeper Alice set the kitchen standard when, beginning in 1969, she prepared the family's meals using a Thermador wall oven and other Thermador appliances. A year later, ==American culinary superstar Julia Child followed suit, choosing to use the Thermador wall oven for her nationally-acclaimed PBS series. (Thirty years later, Child donated her kitchen to the Smithsonian museum, where the Thermador wall oven enjoys notoriety as an important piece of American television and food history.)==

**PRODUCTS**



Induction +
Cirrus =
Perfection

**PRODUCTS**

Steamed Lobster
Tail Salad

**PRODUCTS**



Modern Kitchen

**PRODUCTS**



Happy
Anniversary,
U-Line!

PAID AD

TOP POSTS

How to Roast a Turkey in a Convection Oven

Sunday Brunch – Green Chili Cheese Breakfast Casserole, with Bacon, Sausage & Fresh Peach Drop Scones

Thermador: A History in the Making

Pork Shoulder Roast with Roasted Acorn Squash, Sweet Potatoes & Apples

Product Review: Bosch 800 Plus Dishwashers

ARCHIVE

May 2012
March 2012
February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011
February 2011



Courtesy of The Brady Bunch



Courtesy of Julia Child PBS Series

Propelled by this stint in the spotlight, Thermador continued to produce revolutionary kitchen technology for the American cook. In 1975 the company launched the unique triple-oven, three-way-microwave, warming-drawer and oven-combo unit, a product that is still unmatched by any other brand in the industry. The following year, Thermador invented the first "speed cooking" oven (a combination microwave-thermal built-in oven), which set new standards for kitchen efficiency.

In 1998, Thermador invented a product that kicked the brand up several notches, forever changing the company's technology — the StarBurner, a unique five-point burner that defied cooktop conventions while improving rangetop performance. The burner's shape ensured more even cooking and more efficient flame distribution, making for easier, superior cooking and easy clean-up. The StarBurner remains a staple feature of Thermador rangetops today.



The introduction of CookSmart technology in 2000 even further contributed to Thermador's mission of kitchen efficiency. A combination of microwave and convection hearing, CookSmart technology heats to optimal temperatures while cutting cooking time by up to 50 percent. Home cooks could spend more time with their families and

January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
April 2009
March 2009
October 2008
September 2008
May 2008
April 2003
March 2003
February 2003
January 2003



**facebook** | Search for people, places and things | John Paul Narcise | Find Friends



**Thermador** · 41,651 like this
August 13, 2010 at 3:26pm · 🌐

**Like**

==Sunday would have been Julia Child's 98th birthday! Did you know Julia Child used a Thermador wall oven in her nationally acclaimed PBS cooking series? Today you can still see her oven and entire set at the Smithsonian.==

Like · Comment · Share

👍 22 people like this.

 **Sean O'Brien** We keep the same "Flame" colored Le Cruset Pan she also used on display on our Thermador Pro Cooktop, across from our Wall Oven!
August 13, 2010 at 3:37pm · Like

 **Lynn Adcock Carson** That is too cool!
I have a thermador vent hood that has the heat lamps and racks. Can not find a vent/fan filter for it. Can you please help? Really like it, would hate to have to replace it.
August 13, 2010 at 5:47pm · Like

 **Jennifer Hoffman** rabid Julia fan here!
August 13, 2010 at 8:28pm · Like

 **Thermador** Hi Lynn! We're happy to help. Please send us any info you have about your hood to Zach@Thermador.com.
August 13, 2010 at 9:23pm · Like

 **Becky Harris Delson** I was so lucky to meet Julia at a book signing several years ago. It was a life changing moment for me. Didn't know her oven was a Thermador!
August 13, 2010 at 10:05pm · Like

 **Joyce Sapon** can't wait until mine is installed!
August 13, 2010 at 10:29pm · Like

 **Adri Barr Crocetti** Some of us food bloggers, my blog is www.thefrontburner.us
submitted pix of Julia's recipes that we made to Cooking Channel to honor Julia. The pix are posted at: http://www.cookingchanneltv.com/chefs/food-people-cooking-julia-child/pictures/index.html
August 13, 2010 at 10:41pm · Like

 **Joan Picone** HAPPY BIRTHDAY JULIA!.. you made everyone a STAR CHEF!!!! but THERMADOR completes it with that STAR burner..... we couldn't do it with out you!
August 15, 2010 at 11:05am · Like

 **Randa McGee Seargeant** I didn't know that, but I have been trying some of her recipes this summer and they have all been delicious! Happy Birthday, Julia...we miss you!
August 16, 2010 at 10:14pm · Like

 Write a comment...

People You May Know — See All
 **Nam Vien** Add Friend

Sponsored — See All
**Internet, Unleashed** Stay connected with AT&T. Internet for less than $20/mo. No home phone required.
 Jami Rahman likes AT&T.

**Greek Theatre L.A.** David Byrne & St. Vincent on 10/13 tix ON SALE NOW! Got yours? http://bit.ly/Byrne_Vincent
 
**Like This Page**

**Your map is getting dusty** Your travel map is getting dusty. Add your recent trips now!
 Marai Jamgochian used TripAdvisor.

**Just keep running!** Obsession is what lazy people call dedication. Love running? Join us now!
 8,639 people like Tribesports.

**$25 Half Marathon** 50% Off Half Marathon Race! Get Your Running Shoes On!
 6,238 people like Zozi.

Facebook © 2012
English (US) | Privacy | Terms
Cookies | Advertising | Help
More ▾

Chat (Offline)



**Thermador**
Like This Page · March 3

Like · Comment · Share

Write a comment...

See All

Sponsored

**Special Offers from AT&T**
Check out these special limited-time offers from AT&T.

Jani Rahman likes AT&T.

**Introducing HTC Rezound™**
Stream true HD video at Verizon 4G LTE speed and experience studio quality sound with Beats Audio™ technology and Beats™ headphones.



## THERMADOR PARTNERS WITH CULINARY TV PERSONALITY

About  >  Press Room  >  Thermador Partners with Culinary TV Personality

**ABOUT US** ˅

### THERMADOR PARTNERS WITH CULINARY TV PERSONALITY

› **Print**    › **Share**

**THERMADOR PARTNERS WITH CULINARY TV PERSONALITY**

*Tulsa, Okla.-based cooking celebrity Remmi Smith to work with the luxury-appliance brand on new television series focused on healthy cooking for children*

**HUNTINGTON BEACH, Calif. (Nov. 17, 2010)** — Luxury kitchen appliance brand Thermador today announced a partnership to sponsor a new television series called "The Culinary Kid." Hosted by 10-year-old Remmi Smith, a local culinary celebrity based in Tulsa, Okla., the new show will center on learning how to cook nutritious meals and educating children and their families on the value of healthy food.

"The Culinary Kid" will follow Remmi as she attends the Oklahoma State University Institute of Technology's Culinary Arts Program (OSUIT), where she is required to study, practice and develop her culinary knowledge and skills. Additionally, the series will feature Remmi demonstrating her cooking repertoire in a show kitchen located at Metro Appliances & More, furnished with Thermador appliances. The new series is scheduled to air starting Jan. 5, 2011, during primetime at 7 p.m. on Cox Channel 3, HD703 and Video on Demand in local markets surrounding Tulsa.

"When first approached by Remmi and her team, we were thrilled to offer Metro Appliances & More as the venue for her television program," said Judy Bilyeu, corporate marketing director, Metro Appliances & More. "And because we were so impressed by Remmi's desire to teach other young people healthy cooking habits, we immediately knew Thermador would be the perfect partner. Thermador has been providing quality products for cooks for more than 75 years and remain committed to empowering culinary enthusiasts to be their best."

Thermador's sponsorship will include 30-second spot commercials and closing credits in each series episode, inclusion on website www.cooktimewithremmi.com, and cross-promotion on Facebook™ and Twitter™. Remmi will also wear a Thermador chef's jacket in each episode.

"The sponsorship of the 'The Culinary Kid' show gives Thermador the opportunity to connect with culinary enthusiasts in Tulsa and surrounding areas — both the young and the young at heart," said Zach Elkin, director of Thermador brand. "Besides the

### FOR MEDIA INQUIRIES PLEASE CONTACT:

Sung Choi - DGWB PR - (714) 881-2345 - schoi@dgwb.com

Mike Besack - DGWB PR - (714) 881-2317 - mbesack@dgwb.com

Marni Hale - Thermador - (949) 724-3560 - marni.hale@bshg.com

**For web ready images, Click Here to visit our photo gallery.**

 FACEBOOK     TWITTER     YOUTUBE

### Related Photos

Choose a thumbnail below to view and download full image



FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG f t ▶ P    Enter Keyword

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ★ MY THERMADOR



A HERITAGE OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.

# PRESS ROOM

About  >  Press Room

**ABOUT US** ⌄

## PRESS RELEASES

**05/15/2012** › Thermador's Built-in MicroDrawer™ Microwave Redefines Kitchen Innovation and Flexibility

**04/04/2012** › Thermdor Unveils Contest to Win the Ultimate Kitchen

**04/03/2012** › Thermador Reveals the Most Dynamic Dishwasher in its Luxury Collection

**04/03/2012** › Thermador's 2012 ONE, TWO, FREE™ Upgrades to Include Luxury Dishwasher Line

**02/06/2012** › Thermador's 2012 ONE, TWO, FREE™ Promotion Powers Up With Steam

**01/06/2012** › Thermador Freedom® Induction Cooktop Provides a Glimpse of the Future

**01/05/2012** › Thermador Sets New Standard for Refrigeration with Its 2012 Freedom® Collection

**10/14/2011** › Thermador Teams with White on Rice Couple

**08/17/2011** › Thermador to be Showcased at Kansas City's Premier Home Design Store

**08/16/2011** › Thermador Readies for Launch of 'Ultimate Culinary Center'

**05/18/2011** › HGTV Star Candice Olson to Headline at Atlanta Luxury Living Kitchen Forum

**05/10/2011** › Thermador Ushers in a New Era of Steam Cooking

### FOR MEDIA INQUIRIES PLEASE CONTACT:

Sung Choi - DGWB PR - (714) 881-2345 - schoi@dgwb.com

Mike Besack - DGWB PR - (714) 881-2317 - mbesack@dgwb.com

Mami Hale - Thermador - (949) 724-3560 - mami.hale@bshg.com

**For web ready images, Click Here to visit our photo gallery.**

 FACEBOOK     TWITTER     YOUTUBE

A Steamy Soiree, Hosted by Thermador : Thermador Home Appliance Blog



HOME    ABOUT    THERMADOR WEBSITE

## A Steamy Soiree, Hosted by Thermador

POSTED BY THE THERMADOR TEAM   ON JUNE - 6 - 2011   3 COMMENTS



What's hot, steamy and a foodie magnet?

Last week it was the Thermador Gallery & Training Center in Scottsdale, Ariz., where we hosted our Steamy Soiree blogger event. Twenty food bloggers from all over the country were in attendance as we unveiled for the first time ever the Pro Grand Steam Range, Thermador's most crowning achievement to date.



And yes, we literally unveiled it. When the cover came off, it was like the paparazzi were there. Zach Elkin, director of the Thermador brand, did the official unveiling honors.

That was the main event, but there was plenty more fun throughout the rest of the trip. We kicked the day off with a presentation on Thermador's heritage — which includes Julia Child and Alice from "The Brady Bunch" — before seguing into a hands-on lunch preparation.

Butter-Poached Lobster Tail with Sambuca Flambéed Fennel : Thermador Home Appliance Blog

| HOME | ABOUT | THERMADOR WEBSITE |

# Thermador

**CATEGORIES ▼**   **ARCHIVES ▼**

What a lot of our guests came to see: Freedom Induction. #UltimateKitchen http://t.co/XSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/alf187Ky # 5 hours ago

#UltimateKitchen cookies :) http://t.co/Ye5amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM: READY TO GO!
THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP
FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP
DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP
JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

## Butter-Poached Lobster Tail with Sambuca Flambéed Fennel

👤 POSTED BY KYLE JAKOBI  🕐 ON JANUARY - 14 - 2011  💬 ADD COMMENTS

**Butter-Poached Lobster Tail with Sambuca Flambéed Fennel Recipe**



Around here, Lobster Thermidor gets all the love. The name is so similar, Julia Child made it famous, on and on we go — it's almost the perfect Thermador dish.

Lost in the shuffle are all the other lobster recipes.

Until this week.

Thanks to our brand new Thermador Web Experience, we now have "Butter-Poached Lobster Tail with Sambuca Flambéed Fennel" on the Thermador menu.

If you're looking for that new lobster recipe, well, here you are!

Click here to watch the how-to video on the Web Experience.

**Recipe: Butter-Poached Lobster Tail with Sambuca Flambéed Fennel**

2 lobster tails
4 cups butter
6 bulbs fennel (julienne)
Red peppers (julienne)
Tarragon (picked from stem)
Nutmeg
Sambuca Liquor
Olive oil
3 Oranges (segment half, and cut the rest in half)

1. Place 1½ butter in a small pot over a low flame, add lobster tail and tarragon
2. Simmer on a low flame until butter is melted and starts to show signs of boiling
3. While lobster is simmering slowly, heat a medium size pan on high heat
4. Place oil in pan and then add fennel and sauté till translucent
5. Add Sambuca to fennel off the flame, then tip the pan into the flame to ignite the alcohol
6. Once the alcohol is cooked off, add red pepper and season to taste.
7. Add a tablespoon of butter to fennel; squeeze ½ of an orange into the pan.
8. Place fennel in center of plate, remove lobster from the butter

From the Director's Desk: Brand Interaction On-demand : Thermador Home Appliance Blog

| HOME | ABOUT | THERMADOR WEBSITE |

## Thermador

**CATEGORIES** ▼   **ARCHIVES** ▼

What a lot of our guests came to see: Freedom Induction #UltimateKitchen http://t.co/XSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/alf187Ky # 5 hours ago

#UltimateKitchen cookies :) http://t.co/Ye5amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM 'READY TO GO'

THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

# From the Director's Desk: Brand Interaction On-demand

👤 POSTED BY ZACH ELKIN   🕐 ON APRIL - 1 - 2011   💬 ADD COMMENTS



Videos from the Thermador Web Experience feature true home cooks performing cooking demonstrations.

Have you ever searched for a last-minute recipe on the Internet, but couldn't quite make it come together in time for your dinner party? Or Thanksgiving dinner? Or worse yet, your March Madness party?

There's always some hang up: How high do I turn the burner? How long do I sauté those mushrooms for? What temperature and convection combination do I turn my oven to?

I know we've been there at my house, and I wish we had the help of Thermador's Web Experience back then. Lucky for all of us, Thermador's Virtual Dinner Party offers the perfect step-by-step solution on-demand at the click of a mouse.

Our Virtual Dinner Party is the first of its kind in the kitchen-appliance industry to offer consumers the opportunity to interact with a brand 24 hours a day, seven days a week, 365 days a year on their computer screens.

If only Julia Child could see Thermador now. And she had a laptop.

Officially, the Thermador Web Experience is an immersive cooking and product demonstration website that makes up a key component to our bold new marketing campaign. It is yet another truly unique innovation from a brand that has 11 decades of them to its name.

The concept behind the experience stemmed from our Gallery & Training Center in Scottsdale, Ariz., where throughout the year we invite employees, dealers, designers, builders, culinary enthusiasts and media out to experience the latest Thermador kitchen innovations at our showcase facility. We wanted to bottle that experience and make it available to everyone.

The immersive aspect of the site makes it seem like you're actually at the dinner party, conversing with the host, learning recipes, and at the same time, gleaning knowledge of our appliances.

The only thing the Web Experience doesn't do is cook your meal for you. But hey, you're a culinary enthusiast, so you wouldn't want that now would you?

Cheers,

Zach Elkin

Director of the Thermador Brand

**The Thermador Brand**

Thermador began making appliances in 1932, after operating for 16 years as an electrical products manufacturer, and has been innovating ever since. Julia Child created many of her famous PBS show dishes in a **Thermador** wall oven.



The company's online **Heritage** page offers a fabulous timeline of introductions to the home appliance market: wall ovens and cooktops (1947), "pro ranges" (1948), warming drawers (1952), self-cleaning ovens (1963), speed cook ovens (1976), pop-up retractable downdraft systems (1978) and sealed gas burners (1987), among others.

Thermadors are sold through the same high-end appliance showrooms as their high-end competitors.

**The Facts**

Warranty: One year

Pricing: MSRP $13,995

Website: http://www.thermador.com/

*All photos courtesy of Thermador.*

POSTED BY JAMIE GOLDBERG, AKBD, CAPS AT 11:38 AM ✉

 Recommend this on Google

LABELS: JULIA CHILD, PRO GRAND STEAM RANGE, STEAM OVEN, THERMADOR

**2 COMMENTS:**

---

*Channel and HomeClick's Community site.*

**SENSIBLE STYLE: CO-PUBLISHING VENTURE WITH KITCHENS.COM**

2012 Kitchen Trends
2011 Kitchen & Bath Gift Guide
Multi-tasking Appliances and Other Holiday Helpers
Vacattion Home Kitchens
Missed in America
Pet-friendly Kitchens
Color Charged
Backsplash Bling
Family Kitchen Tips
Sensible Style for Home Sellers
Due Consideration
Easy Makeovers
Easy Ways to Go Green in your Kitchen
The 7 Most Under-rated Kitchen Products
Love Your Kitchen Again
Easy Color Updates
Your 8 Best Holiday Helpers
Small Makeovers, Big Impact
Winning Color Combinations
Small Kitchens, Big Splurges
10 Small Kitchen Tips
10 Most Common Kitchen Problems

**SENSIBLE STYLE COMES TO YOUR HOME!**



Click on Picture for In-Home Consult Details!

Thermador Appliances in Boston, MA at Yale Appliance

http://www.yaleappliance.com/thermador.aspx

Shopping Cart | Hours & Directions | Delivery Policy | Builders | Outlet Store

# YALE
### APPLIANCE · LIGHTING

CALL **(617) 825-9253**

Boston Appliance Showroom: 296 Freeport Street, Dorchester, MA

search brands, products, model numbers

**Advanced Search**

**REPAIRS**

**PACKAGES**

Kitchen ›   Laundry ›   Plumbing ›   Lighting ›   LED and Recessed Lighting ›   Seasonal ›

Leave a **MESSAGE**

🛒 my shopping cart

Yale Appliance + Lighting Home | Thermador Appliances

## Thermador Appliances in Boston, MA at Yale Appliance

### Top-Selling Thermador Appliances



Thermador
CIT365GM



Thermador
PRD304EG



Thermador
CIT365EM

Thermador appliances represent the height of innovation and quality for your home, which may be why **Julia Child used Thermador appliances for her cooking show.** Since 1916, Thermador appliances have led the industry in new technologies that make cooking and cleaning more precise and efficient.

Yale Appliance in Boston, MA carries a full line of Thermador appliances, including refrigerators, ranges, ovens, cooktops and dishwashers, that will bring the highest standards of appliance design and function to your kitchen.

| **Refrigeration** | **Cooking** | **Ventilation** | **Faucets** | **Other Seasonal** |
|---|---|---|---|---|
| Side X Side | Electric | Pro Range Hood | Accessories | |
| Built-In | Gas | Decorative | | |
| Specialty | Dual Fuel | Downdraft | | |
| Freezers | Induction | Accessories | | |
| Accessories | Accessories | **Dishwashers** | | |

**RESOURCE CENTER**

Before you buy, get insider tips from the appliance professionals at Yale: Appliance Buying Guide

**THERMADOR APPLIANCE REPAIR**

Get expert appliance repair from Yale's in-house service team. Call (617) 822-5360 or click here: Thermador Appliance Repair



## Thermador Appliances

- Cooking
- Dishwashers
- Faucets
- Other Seasonal
- Refrigeration
- Ventilation

Thermador's 48" Pro-Grand Steam Range « The Kieffer's Appliances Blog

# KIEFFER'S APPLIANCES
## Since 1917

| Home | About Kieffer's Appliances | Kieffer's Rebate Page | Kieffer's Website | Kiefferscooks.com |

## Thermador's 48" Pro-Grand Steam Range

Hey Appliance Fans,

Maybe you've heard of Thermador.  Maybe you haven't.  Either way, they've been changing the kitchen appliance landscape for over 50 years.  I'm not making this up.  They were the first company to develop a built-in wall oven for the home.   Then they were the first company to introduce a white wall oven.  Funny how we take white wall ovens for granted, but SOMEONE had to be the first to create one.



Here's just a small list of innovation courtesy of
Thermador.

Julia Child thought Thermador was good enough to use on her TV program.   After her show went off the air, she donated her entire kitchen to The Smithsonian.  So, yeah, you can go to The Smithsonian Institute and see a Thermador product.  You know, the same museum that displays the Wright Brother's Airplane.  Yeah, THAT Smithsonian.

Thermador was even good enough for the best I'm-a-kid-home-from-school-sick-television-show: The Brady Bunch.  Yup, if it was good enough for Alice to cook on, then it's good enough for you, right?  Right.

So to continue with the innovative tradition that Thermador is known for, they developed what might be the COOLEST range on the planet today: The 48" Pro-Grand Steam Range aka "The Ultimate Culinary Center".

### KIEFFER'S "SUPER" SHOWROOM

785 Sumneytown Pike
Lansdale, PA 19440
**(215) 699-3522**
Mon - Fri: 10am-8pm
Sat: 10am-4pm

*Newly re-designed Kitchenaid, GE Profile, and Electrolux Displays! *

### LINKS

o Kieffer's Appliances Website
o Kieffer's Cooks

### CATEGORIES

o Appliances 101 (7)
o Blog Entries (21)
o Celebrity Kitchens (2)
o Cooking (18)
o Dishwashing (7)
o Events (1)
o Laundry (2)
o Miscellaneous (15)
o Old Entries (18)
o Outdoor Kitchens (8)
o Refrigeration (2)
o Uncategorized (2)
o Ventilation (3)

### FOLLOW US ON TWITTER

o Ever wonder how to choose the perfect oil for the perfect meal? ow.ly/bOE7O 2 days ago
o My iPhone auto-correct changed Frigidaire to "Frigidity." I think that's the hip-hop version of Frigidaire, right? @ShopFrigidaire 1 week ago
o What's the best range for "The Most Interesting Man In The World"? ow.ly/bIdN0 1 week ago
o How many times do you pick a chain restaurant over an independent one? Friends don't let friends eat bad food. ow.ly/bGa4i 1 week ago
o Russel in Philly. Just open

⊙ Follow



# Thermador.

FIND A DEALER   GET A QUOTE   ABOUT   CONTACT

COOKING   REFRIGERATION   DISHWASHERS   PLANNING   TRADE   CULINARY   SUPPORT

BLOG

ABOUT US

## HERITAGE

About > Heritage

**ELEVEN DECADES OF PERFORMANCE**

...ON OF THE ...H COOKTOP

...which is developed by ...first used by Thermador

1970

**JULIA CHILD**
Julia Child uses Thermador in her critically acclaimed PBS TV Series.

1976

**INTRODUCTION OF T SPEED COOKING OVI**

Thermador introduces th "Speedcooking" oven, wi thermal heat with micro to cook food up to 35 pe than convention...

1916   1947   1962   1970   1978   1982   1984   1996   2001   2003   1996   2009

**THERMADOR: Historical Timeline**
For more than eleven decades, Thermador has been making the American kitchen more beautiful, more efficient, and more luxurious, with meticulously crafted appliances engineered and designed to appeal to the most discriminating culinary enthusiast.

SITEMAP   PRESS ROOM   LEGAL/PRIVACY   AUTHORIZED SERVICERS   SAFETY NOTICES   CAREERS   INTERNATIONAL

Copyright 2012 Thermador



**Thermador.**

COOKING  REFRIGERATION  DISHWASHERS  PLANNING  TRADE  ABOUT  CONTACT  FIND A DEALER  GET A QUOTE

BLOG  MY THERMADOR

# HERITAGE

About > Heritage

**ELEVEN DECADES OF PERFORMANCE**

...DUCTION OF THE ... BURNER

...dor introduces the first ...onal ranges and cooktops ...ers

2001



**JULIA CHILD AND HER KITCHEN**

In 2001, Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.

2002

**INTRODUCTION OF THE JET IMPINGMENT OVEN**

Thermador produces the first de Jet Impingement Oven. This tec improves Speedcooking by usin variably directed jets of air alon microwave radiation to reduce c times by 75 percent, while still n texture and flavor.

ABOUT US

**THERMADOR: Historical Timeline**

For more than eleven decades, Thermador has been making the American kitchen more beautiful, more efficient, and more luxurious, with meticulously crafted appliances engineered and designed to appeal to the most discriminating culinary enthusiast.

SITEMAP  PRESS ROOM  LEGAL/PRIVACY  AUTHORIZED SERVICERS  SAFETY NOTICES  CAREERS  INTERNATIONAL

Copyright 2012 Thermador



**Thermador.** ★

FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG f t ▶ p    Enter Keyword 🔍

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ★ MY THERMADOR

Trade  >  Star Newsletters  >  Issue 13



ISSUE #13: THERMADOR BRAND HERITAGE

# THERMADOR STAR NEWSLETTER

**Contents:**

- Historical Timeline: A Look Back at More Thermador Feats
- ONE, TWO, FREE Glistens Sapphire
- Thermador Showcased on "Ellen"

**Historical Timeline: A Look Back at More Thermador Feats**

Thermador has long been a company of firsts, beginning with the world's first built-in wall oven, to the first separate refrigerator and freezer columns. Here's a look back at some of the most noteworthy years in the history of America's most iconic kitchen brand:



| | |
|---|---|
| **1955** | Thermador dreams up the 24-inch Masterpiece Bilt-In Oven, the world's first built-in wall oven. The American kitchen will never be the same. |
| **1969** | Thermador meets Hollywood: Alice from the "Brady Bunch" prepares the family's first meals using a Thermador wall oven and other Thermador appliances. |
| **1970** | Julia Child uses a Thermador wall oven in her nationally acclaimed PBS cooking series. |
| **1975** | Thermador launches the first triple-oven, three-way-microwave, warming-drawer and oven-combo unit, which remains a company exclusive to this day. |
| **1976** | Thermador pioneers another original invention: the first "speed cooking" oven, a combination microwave-thermal built-in oven. |
| **1998** | Thermador shelves the traditional circular-shaped burner for its unique star-shaped burner. The technology is dubbed the Star® Burner and becomes an icon for the brand's innovative nature. |
| **2000** | Thermador introduces CookSmart™ Technology, a combination of microwave and convection heating that results in optimal temperatures and cuts cooking time by up to 50 percent without compromising taste or texture. |
| **2001** | Julia Child donates her kitchen to the Smithsonian, further cementing the brand's place in popular American culture. |
| **2006** | Thermador becomes the first company to separate the refrigerator and freezer into separate columns with its Freedom® Collection Columns. Now, serious cooks can design the kitchen that best suits their needs. |

A Look Back at Thermador's Storied History : Thermador Home Appliance Blog



HOME   ABOUT   THERMADOR WEBSITE

# A Look Back at Thermador's Storied History

POSTED BY THE THERMADOR TEAM   ON JUNE - 23 - 2011   ADD COMMENTS

From inventing the first built-in wall oven, to taking the stainless steel kitchen mainstream, to innovating the patented Star Burners, Thermador has a deep history of industry firsts.

Notable personalities throughout the years have also been enamored with Thermador. Julia Child used a Thermador oven in her critically acclaimed PBS TV series, while Alice from the "Brady Bunch" also cooked with Thermador appliances.

Here's a look back at the major Thermador achievements throughout the years:

**1916**—William E. Cranston founded Thermador, which began as a manufacturer of electric items, most notably portable and built-in room heaters.

**1932**—Cranston merges with business owner H.H. Fogwell to form The Thermador Electrical Manufacturing Company.

**1947**—Thermador invents the first built-in wall oven. Duplicated by virtually every major oven manufacturer since its inception, Thermador's "Bilt-in" oven represents one of the most significant technological advancements in the history of kitchen appliances.

**1948**—Thermador introduces the first "Pro Range" for residential use.

**1952**—Patterned after commercial restaurant equipment, Thermador develops the first home version warming drawer.

**1963**—Thermador introduces the first self-cleaning oven.

**1970**—"Smooth top" material is developed by Corning, Inc., and first used by Thermador in its cooktops.

**1970**—Julia Child uses Thermador in her critically acclaimed PBS TV series.

**1976**—Thermador introduces the first "Speedcooking" oven, which combines thermal heat with microwave energy to cook food up to 35 percent faster than conventional ovens.

**1978**—Thermador introduces the first retractable downdraft ventilation system with elevating "snorkel" intake.

**1982**—Many Thermador breakthroughs are now considered industry standards, such as gas cooktops with high-power super burners with an output of 11,500 BTUs, an unmatched achievement at the time.

**1987**—Thermador continues its groundbreaking advancements with the introduction of the sealed gas burner with automatic re-ignition.

**1994**—Thermador introduces exclusive ExtraLow burners, which cycle the flame on and off to maintain heat output.

**1998**—Thermador introduces the first professional ranges with cooktops with Star Burners.

**2001**—Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.

**2001**—Thermador produces the first domestic Jet Impingement Oven.

**2006**—Thermador introduces its award-winning Freedom Collection refrigeration: a new, modular concept of built-in fresh food, freezer and wine preservation columns.

**2006**—Thermador introduces the first warming drawer with convection technology.

**2008**—Another Thermador exclusive: Sensor Dome technology adds convenience and precision to cooking on electric cooktops.

**2009**—Thermador develops the largest and most powerful induction model on the market.

A Look Back at Thermador's Storied History : Thermador Home Appliance Blog



2009—Thermador creates the largest wine glass capacity dishwasher on the market with Sapphire Glow light.

2010—Thermador's keen eye for predicting the future of cooking brought on the revolutionary Steam and Convection Oven. This innovative, highly-effective oven defrosts, steams, proofs, bakes, slow cooks and even reheats food to perfection.

2011—Thermador unveils the Pro Grand Steam, the world's first kitchen appliance to offer seven distinct cooking options — steaming, convection baking, burner cooking, simmering, grilling, griddle cooking and warming — with a combination Steam & Convection Oven, a large-capacity convection oven, a six-burner gas cooktop featuring the exclusive Star® Burners, and a fully integrated warming drawer to complete the all-in-one package.

JULIA CHILD
Julia Child uses Thermador in her critically acclaimed PBS TV Series

FEATURED

Name (required)

Mail (will not be published) (required)

Website

Submit Comment



**Thermador**
REAL INNOVATIONS FOR REAL COOKS

# KITCHEN DESIGN
# & PLANNING GUIDE
## VOLUME 2








# ELEVEN DECADES OF INNOVATION & PERFORMANCE

**1916** Thermador is founded

**1932** Thermador begins manufacturing appliances

**1947** Thermador invents the first wall oven and cooktop and introduces stainless steel to home appliances

**1948** Thermador introduces the first "Pro Range"

**1952** Introduction of the first warming drawer

**1963** Introduction of the first self-cleaning oven

**1970** Introduction of the first smooth cooktop

**1970** Julia Child uses Thermador in her critically acclaimed PBS TV Series

**1976** Introduction of the first thermal heat and microwave energy "Speedcooking" oven

**1978** Introduction of the first retractable pop up downdraft ventilation system

**1982** Introduction of the first super burner

**1987** Introduction of first sealed gas burner with automatic re-ignition






8



**1994** Thermador invents the ExtraLow® Burner

**1998** Thermador invents the Star® Burner

==**2001** Julia Child's nationally televised kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center==

**2002** Introduction of the first jet impingement oven which reduced cooking time by 75%

**2006** Thermador introduces the first modular refrigeration system

**2006** Introduction of the first convection warming drawer

**2008** Thermador invents SensorDome™ technology which automatically measures temperature in cookware

**2009** Introduction of the first dishwasher with the largest wine glass capacity and Sapphire Glow® light

**2010** A new decade marks the introduction of Thermador's Steam & Convection Oven

**2011** The Ultimate Culinary Center™ is born with the introduction of the first Professional Range with Steam

**2012** Thermador introduces Freedom® Induction with the largest cooking surface

**2012** The introduction of Star Speed™, the fastest full wash dishwasher

# tumblr.  Follow the world's creators.

Log in    Sign up

thermadorrepair:                                5              🜲 thermador

Explore

## The History of Thermador

The History of Thermador
Source: From Thermador Website

**1916**—William E. Cranston founded Thermador, which began as a manufacturer of electric items, most notably portable and built-in room heaters. *(thermador)*
**1932**—Cranston merges with business owner H.H. Fogwell to form The Thermador Electrical Manufacturing Company. *(thermador)*
**1947**—Thermador invents the first built-in wall oven. Duplicated by virtually every major oven manufacturer since its inception, Thermador's "Bilt-in" oven represents one of the most significant technological advancements in the history of kitchen appliances. *(thermador)*
**1948**—Thermador introduces the first "Pro Range" for residential use.*(thermador)*
**1952**—Patterned after commercial restaurant equipment, Thermador develops the first home version warming drawer. *(thermador)*
**1963**—Thermador introduces the first self-cleaning oven.*(thermador)*
**1970**—"Smooth top" material is developed by Corning, Inc., and first used by Thermador in its cooktops. *(thermador)*
**1970**—Julia Child uses Thermador in her critically acclaimed PBS TV series. *(thermador)*
**1976**—Thermador introduces the first "Speedcooking" oven, which combines thermal heat with microwave energy to cook food up to 35 percent faster than conventional ovens.*(thermador)*
**1978**—Thermador introduces the first retractable downdraft ventilation system with elevating "snorkel" intake. *(thermador)*
**1982**—Many Thermador breakthroughs are now considered industry standards, such as gas cooktops with high-power super burners with an output of 11,500 BTUs, an unmatched achievement at the time. *(thermador)*
**1987**—Thermador continues its groundbreaking advancements with the introduction of the sealed gas burner with automatic re-ignition *(thermador)*
**1994**—Thermador introduces exclusive ExtraLow burners, which cycle the flame on and off to maintain heat output.*(thermador)*
**1998**—Thermador introduces the first professional ranges with cooktops with Star Burners.*(thermador)*
**2001**—Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.*(thermador)*
**2001**—Thermador produces the first domestic Jet Impingement Oven.*(thermador)*
**2006**—Thermador introduces its award-winning Freedom Collection refrigeration: a new, modular concept of built-in fresh food, freezer and wine preservation columns.*(thermador)*
**2006**—Thermador introduces the first warming drawer with convection technology.*(thermador)*
**2008**—Another Thermador exclusive: Sensor Dome technology adds convenience and precision to cooking on electric cooktops.*(thermador)*
**2009**—Thermador develops the largest and most powerful induction model on the market.*(thermador)*
**2009**—Thermador creates the largest wine glass capacity dishwasher on the market with Sapphire Glow light.*(thermador)*
**2010**—Thermador's keen eye for predicting the future of cooking brought on the









**Thermador**® | *An American Icon*™

CELEBRATING 50 YEARS BUILT-IN OVEN *Thermador*

**1932** Thermador becomes incorporated in California.

**1955** Thermador introduces the first built-in wall oven to the kitchen industry. The 24" Masterpiece Bilt-in Oven created an entirely new product category and forever changed the concept of the American kitchen. This revolutionary design offered consumers the ultimate in luxury, convenience and flexibility.

**1956** Staying ahead of the curve, Thermador introduces the first "Bilt-In" Double Oven. This side-by-side creation doubled the oven's cooking capacity while continuing to make a design statement and offering the cooking performance established by the original wall oven.

**1970** Julia Child uses a Thermador wall oven in her nationally acclaimed PBS cooking series.

**TODAY** Thermador's advancements over the last 50 years continue to solidify its position as an American icon. Today's wall ovens feature the Personal Culinary Assistant™ which lets users see and operate all cooking modes with single touch programming for superior cooking results. An industry-exclusive scrolling 10-digit alphanumeric display provides step-by-step text feedback and audio cues to guide users through oven programming.

**1965** Reinforcing its position as an industry leader, Thermador brings to the market the first oven with a black glass front door, a trend that continues today.

**1968** Thermador pioneers another trend with the first "white on white" styling for a more contemporary look.



**1969** Thermador meets Hollywood. "Alice" from the Brady Bunch prepared the family's meals using a Thermador wall oven and other Thermador appliances.



**1976** Thermador launches another original invention with the first "Speed Cooking" Oven, a combination microwave/thermal built-in oven.



**1976**

**1970**

**1975** Thermador introduces the very first triple oven, three-way microwave, warming drawer and oven combo unit (or microwave and oven unit). This combination remains a Thermador exclusive today.



**1975**

**2001** Julia Child donates her kitchen to the Smithsonian. Today, visitors can see the cooking icon's "beloved" Thermador wall oven along with her kitchen at the Smithsonian's National Museum of American History.



**2001**



**2005**

**2000** Thermador introduces CookSmart™ Technology, a combination of microwave and convection heating that results in optimal temperatures and cuts cooking time by up to 50% without compromising taste or texture.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

## SACV12- 1403 DDP (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

Charles J. Harder, Esq. (State Bar 184593)
Jeffrey I. Abrams, Esq. (State Bar 162735)
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th Floor
Los Angeles, California 90064-1582
Tel: 310-478-4100
Fax: 310-479-1422

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE JULIA CHILD FOUNDATION FOR GASTRONOMY AND THE CULINARY ARTS, a Massachusetts charitable trust, <br><br> PLAINTIFF(S) <br><br> v. <br><br> BSH HOME APPLIANCES CORPORATION, doing business as "Thermador", a Delaware corporation, and DOES 1-10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:12 CV 1403 DDP (SHx) <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):  BSH HOME APPLIANCES CORPORATION, doing business as "Thermador", a
Delaware corporation, and DOES 1-10, inclusive

     A lawsuit has been filed against you.

     Within ___21___ days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer
or motion must be served on the plaintiff's attorney, <u>Charles J. Harder, Esq.</u>, whose address is <u>Wolf, Rifkin,
Shapiro, Schulman & Rabkin, LLP, 11400 W. Olympic Blvd., Ninth Floor, Los Angeles, CA 90064-1582</u>. If
you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You
also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___8/28/2012___      By: _____

                         Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed
60 days by Rule 12(a)(3)].*

American LegalNet, Inc.
www.FormsWorkFlow.com

**UNITED STATES ~~D~~ISTRICT COURT, CENTRAL DISTRICT ~~O~~F CALIFORNIA**

**CIVIL COVER SHEET**

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| THE JULIA CHILD FOUNDATION FOR GASTRONOMY AND THE CULINARY ARTS, a Massachusetts charitable trust | BSH HOME APPLIANCES CORPORATION, doing business as "Thermador", a Delaware corporation, and DOES 1-10, inclusive |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Charles J. Harder, Esq. (State Bar #198593)<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 W. Olympic Blvd., 9th Floor<br>Los Angeles, California 90064-1582<br>Tel: 310-478-4100 | Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** to be determined

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Infringement of Trademark, Trade Name, Trade Dress, and Slogan (15 U.S.C. § 1125(a)); and Copyright Infringement (17 U.S.C. § 501, et seq.);

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine |  | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service |  | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations |  | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability |  | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation |  | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | **IMMIGRATION** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  | ☐ 290 All Other Real Property |  | ☐ 465 Other Immigration Actions |  |  |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

8:12 cv 1403

American LegalNet, Inc.<br>www.FormsWorkflow.com

**UNITED STATES     'STRICT COURT, CENTRAL DISTRICT    CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | Massachusetts |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| BSH Home Appliances Corporation:  Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):   Charles J. Harder     Date August 28, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com