AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Central District of California |
|---|---|
| DOCKET NO: 8:12CV1403 <br>DATE FILED: August 28, 2012 | |
| PLAINTIFF<br>THE JULIA CHILD FOUNDATION FOR GASTRONOMY AND THE CULINARY ARTS, a Massachusetts charitable trust | DEFENDANT<br>BSH HOME APPLIANCES CORPORATION, doing business as "Thermador," a Delaware corporation, and DOES 1-10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TX0004838060 | The French chef cookbook / Julia Child ; drawings and photos by Paul Child. | Julia Child and Paul Child |
| 2 A00000986332 | The French Chef Cookbook | Julia Child |
| 3 RE0000740264 | The French Chef Cookbook | Julia Child |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>12/19/12 |
|---|---|---|
| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>L Chai | DATE<br>12/20/12 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
★ 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

American LegalNet, Inc.
www.USCourtForms.com